Decided May 20, 2010

### SCOTT WARNER *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF SALISBURY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 50 (AC 29297), is denied.

*Patrick J. Flaherty* and *Lorinda S. Coon*, in support of the petition.

*Charles R. Andres* and *David M. Cusick*, in opposition.

Decided May 20, 2010